11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Ronald Dwayne
Whitfield

Appellant

Vs.                   No.
11-01-00350-CV B
Appeal from Taylor County

Justice Sharon
Kellar et al

Appellees

 

Appellant
has filed in this court a motion to dismiss his appeal.  The motion is granted, and the appeal is
dismissed.  TEX.R.APP.P. 42.1.

 

PER CURIAM

 

June 27, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.